# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:05-cr-336 |
| | ) | 2:14-cv-781 |
| MAURICE PLUMMER, | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Now pending before the Court is Defendant Maurice Plummer's MOTION TO CORRECT SENTENCE UNDER 28 U.S.C. § 2255 (ECF No. 199), filed on his behalf by the Federal Public Defender. No response is necessary.

Counsel for Defendant contends that Plummer should be re-sentenced because he no longer qualifies as a career offender. Specifically, Defendant argues that his prior conviction for simple assault under Pennsylvania law, 18 Pa.C.S.A. § 2701(a)(1), is not a "crime of violence" under the elements-driven categorical approach used in the recent Supreme Court decision in *Descamps v. United States*, 133 S. Ct. 2276 (2013).

Unfortunately for Plummer, this precise argument was rejected by the United States Court of Appeals for the Third Circuit in *United States v. Marrero*, 743 F.3d 389 (3d Cir. 2014), which held that simple assault remains a crime of violence. As the Federal Public Defender recognizes, this Court is required to follow the holding in *Marrero*.

Accordingly, the MOTION TO CORRECT SENTENCE UNDER 28 U.S.C. § 2255 (ECF No. 199) is **DENIED**. Civil Action No. 14-781 shall be marked closed. Defendant shall have the right to appeal this ruling.

SO ORDERED this 25th day of June, 2014.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Margaret E. Picking, AUSA
Email: margaret.picking@usdoj.gov

Lisa B. Freeland, FPD
Email: Lisa_Freeland@fd.org